ORIGINAL

**FILED**

08/09/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0657

## IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 21-0657

_____

STATE OF MONTANA,

    Plaintiff and Appellee,

v.

DANIEL E. NEWBY,

    Defendant and Appellant.

_____

**FILED**

AUG 0 9 2022

Bowen Greenwood
Clerk of Supreme Court
State of Montana

O R D E R

This Court reviews briefs to ensure compliance with Rules 10, 11, and 12 of the Montana Rules of Appellate Procedure. Appellant has filed a brief appealing the District Court's denial of his petition for postconviction relief. After reviewing the Appellant's opening brief this Court has determined that the brief does not comply with several provisions of the Rules.

Most important, M. R. App. P. 10(2) requires that all briefs in civil cases appealed by the petitioner shall be served on the Attorney General. Appellant's brief does not include a certificate of service indicating the brief has been served on any other party.

IT IS ORDERED that the Clerk of this Court shall file Appellant's opening brief and provide a copy of the brief and this Order to the Attorney General.

DATED this 9th day of August, 2022.

For the Court,

_____
Chief Justice